Scott Alan Burroughs (235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WEB3SHOPIFY, INC., et al.,<br><br>Defendants. | Case No.: 2:24-cv-00404-DSF-SSC<br>*Honorable Dale S. Fischer Presiding*<br><br>**NOTICE OF SETTLEMENT** |

*TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in this action has been reached and the parties are currently in the process of executing and performing under the agreement. Plaintiff anticipates that the obligations under the agreement should be performed by July 15, 2024, at which time Plaintiff will file a Notice of Dismissal of the action. In the interim, Plaintiff respectfully requests that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Dated: June 6, 2024        By:    */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
DONIGER /BURROUGHS
*Attorneys for Plaintiff*