Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNICOLORS, INC., | Case No. 2:24-cv-00404-DSF-SSC |
|---|---|
| Plaintiff, | <u>*Hon. Dale S. Fischer Presiding*</u> |
| v. | **NOTICE OF DISMISSAL** |
| WEB3SHOPIFY, INC., et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Unicolors, Inc. hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 24, 2024                DONIGER/BURROUGHS

                        By:    */s/ Scott Alan Burroughs*
                               Scott Alan Burroughs, Esq.
                               Trevor W. Barrett, Esq.
                               Frank R. Trechsel, Esq.
                               *Attorneys for Plaintiff*